**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| JAMES M. ANDERS, as Special Administrator of the Estate of Jamie Scott Anders, Deceased; SKYLA SEABOLT, as Special Administratrix of the Estate of John W. Seabolt, Deceased; and ANGELEA DAWN BARNES, as Special Administrator of the Estate of Brian J. Barnes, Deceased | PLAINTIFFS |

v.     No. 2:03CV00200 JLH
(*Consolidated with No. 2:03CV00201*)

| | |
|---|---|
| GLOBAL ENERCOM MANAGEMENT, INC., f/k/a G.E.M. ENGINEERING COMPANY, INC.; | DEFENDANT/THIRD PARTY PLAINTIFF/CROSS-DEFENDANT |
| ALLTEL COMMUNICATIONS, INC.; | DEFENDANT/CROSS-CLAIMANT |
| JOHN DOE 1; JOHN DOE 2; and JOHN DOE 3; | DEFENDANTS/CROSS-DEFENDANTS |
| ALL STATES CONSTRUCTION COMPANY | THIRD PARTY DEFENDANT/ CROSS-DEFENDANT |

**ORDER**

The Court has been advised that all claims in this case have been settled and all releases have been signed. Therefore, by agreement of the parties, this case is DISMISSED WITH PREJUDICE as to all claims and all parties.

IT IS SO ORDERED this 18th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE